IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FINAZZLE CORPORATION USA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| vs. | : | 1:04-CV-3751-CC |
| | : | |
| FREEBAIRN & CO., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

The Court having read and considered Defendant Freebairn & Co.'s Emergency Motion to Strike Plaintiff's Multiple Summary Judgment Motions or, in the Alternative, for Additional Time to File its Response and to Exceed Page Limitation and the Court having read and considered all briefs filed by the parties in connection therewith, the Court hereby **DENIES** Defendant's motion to the extent that the Court will not strike Plaintiff's multiple summary judgment motions. However, the Court **GRANTS** Defendant's request for an additional ten (10) days to file its response to Plaintiff's summary judgment motions and to exceed the 25 page limitation. Defendant is permitted to file a response to both motions that shall not exceed a total of 55 pages.

SO ORDERED this 6th day of October, 2005.


*s/ CLARENCE COOPER*

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE